48

## IN THE MATTER OF JOSEPH CAMPAU,
## AN ABSENT GRAND JUROR

### 1805

#### JOURNAL ENTRIES

1. Order . . . . . . . . . . . . *Journal, infra,* *p. 3
2. Cause shown; excused . . . . . . . . . . . " 11

#### PAPERS IN FILE

[None]